# MANDATE

D. Conn.
19-cv-1628
Haight, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand twenty-three.

Present:
> Myrna Pérez,
> Alison J. Nathan,
> Maria Araújo Kahn,
> > *Circuit Judges*.

Victor L. Jordan, Sr.,

> *Plaintiff-Appellant*,

v. 23-622

Gifford, Correctional Officer, in his individual capacity, et al.,

> *Defendants-Appellees*.

Appellant, pro se, moves for in forma pauperis status and appointment of counsel. This Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291 and no exception applies. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008) ("A final judgment or order is one that conclusively determines all pending claims of all the parties to the litigation . . . ."). Although the district court has dismissed some of Appellant's claims, others are still proceeding. Once all pending claims of all parties have been conclusively determined, this Court will have jurisdiction over an appeal. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that Appellant's motion is DENIED as moot.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/14/2023